# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES – CRIMINAL |
| Plaintiff, | BEFORE: Michael J. Davis |
| | U.S. District Court – Minneapolis, MN |
| v. | |
| WAYNE ROBERT LUND, | |
| Defendant. | |

| | |
|---|---|
| Case No.: | 24-CR-00317-MJD-JFD-1 |
| Date: | January 14, 2026 |
| Court Reporter: | Janell Gruber |
| Courtroom: | 13E |
| Time Commenced: | 11:04 a.m. |
| Time Concluded: | 11:27 a.m. |
| Time in Court: | 23 minutes |

**APPEARANCES:**

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Daniel L. Gerdts, CJA

**PROCEEDINGS:**

☒ **Sentencing:**
  ☒ All sealed and restricted documents shall remain sealed or restricted unless otherwise ordered by the Court.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count No. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 40 months | 2 years |

☒ Special conditions: **See J&C for special conditions**.
  ☒ Special assessment in the amount of $100.00 to be paid.
  ☒ Counts 2, 3 and 4 of the Indictment are dismissed.
  ☒ Defendant is remanded to the custody of the USM.

Date: January 14, 2026                                                              s/GRR
                                              Courtroom Deputy to Judge Michael J. Davis